IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00421-BNB

MAURICE WILSON,

    Plaintiff,

v.

WILCOX, Lt.,
LITVAN, Lt.,
O'SHAUNESSY, Lt.,
NEVERRETT, Correctional Officer,
MORIBELO, Correctional Officer,
S. ROGERS, EMT, and
DOER, Case Manager,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be assigned to a district judge and to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

DATED March 11, 2014, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge